**Petition for Writ of Mandamus Denied and Memorandum Opinion filed June 11, 2015.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-15-00286-CV

---

## IN RE JOINER BAY ESTATE, LLC, CARL JOINER, AND COLENE JOINER, Relators

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**334th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2011-40057**

---

## MEMORANDUM OPINION

On April 1, 2015, relators Joiner Bay Estate, LLC, Carl Joiner, and Colene Joiner filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221 (West 2004); *see also* Tex. R. App. P. 52. In the petition, relators ask this court to compel the Honorable Grant Dorfman, presiding judge of the 334th District Court of Harris County, to set aside his (1) February 6, 2015 order setting aside his November 24, 2014 dismissal of the underlying case; and (2)

March 25, 2015 order granting real party in interest's motion for new trial and motion to reopen discovery.

Relators have not shown that they are entitled to mandamus relief. Accordingly, we deny relators' petition for writ of mandamus.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Jamison and Busby.